IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JASON A. MOORE,

    Petitioner,

v.                                            Civil Action No. 1:07cv166
                                           (Judge Keeley)

JOE DRIVER, Warden,

    Respondent.

## ORDER GRANTING MOTION TO AMEND

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the petitioner's motion to amend his habeas petition (dckt. 7) is **GRANTED** as a matter of course.[1] Therefore, the motion shall remain as filed and will be considered by the Court.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner.

DATED: January 2, 2008.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE

---

[1] At the time the motion was filed, no responsive pleading had yet been filed by the respondent and the petitioner was entitled to amend his petition as a matter of course. See Fed.R.Civ.P. 15(a).